243 So.2d 533

Sarah Alexander HAYES et al.

v.

HARTFORD ACCIDENT & INDEMNITY
COMPANY et al.

No. 51125.

Supreme Court of Louisiana.

Feb. 10, 1971.

On the facts found by the Court of Appeal we find no error of law in its judgment.